UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: <br><br> ATUL S. VACHHANI <br><br> Debtor <br><br> ATUL S. VACHHANI <br><br> Movant <br><br> VS. <br><br> SANTA BUCKLEY ENERGY <br> LOUIS MICHAELSON & SONS, INC. <br> ECHN DBA MANCHESTER MEMORIAL HOSPITAL <br> HARTLEY & PARKER LIMITED, INC. <br> SYSCO FOOD SERVICES OF CT <br> PEOPLES UNITED BANK <br> ROBERTA NAPOLITANO, TRUSTEE <br> Respondent | Case No. 16-21889 <br><br><br><br><br><br><br> Chapter 13 <br><br><br><br><br><br><br> September 20, 2017 |

## MOTION TO AVOID JUDICIAL LIEN
## IMPAIRING EXEMPTION

Pursuant to 11 USC Section 522(f)(1), Bankruptcy Rules 4003(d) and 9014, the Debtor respectfully represents as follows:

1. The Debtor herein filed for relief under Chapter 13 of the Bankruptcy Code on November 23, 2016 (the "filing date").

2. On the filing date, the Debtor, ATUL S. VACHHANI, was the one half owner of 26 Sunrise Lane, South Windsor, Connecticut (the "premises"), their personal residence.

3. On the filing date, the following creditors claimed secured interests in the premises as follows:

    a. First Mortgage in favor of National City Mortgage dated April 25, 2003 and recorded in Volume 1452, Page 85 of the South Windsor Land Records.

Assigned to PNC Bank, NA by document recorded May 3, 2013 in Volume 2339, Page 111. The amount of this secured mortgage is $388,837.89.

b. Second mortgage in favor of National City Bank dated February 6, 2006 and recorded in Volume 1882, Page 211 of the South Windsor Land Records. The amount of this secured mortgage is $0.00.

c. Judgment lien from Atul S. Vachhani to Santa Buckley Energy, Inc. dated December 14, 2009 and recorded December 15, 2009 in Volume 2086, Page 307 of the South Windsor Land Records. The amount of this judgment lien is $2,000.00.

d. Judgment lien from Atul S. Vachhani to Louis Michaelson & Sons, Inc. dated September 13, 2010 and recorded September 16, 2010 in Volume 2135, Page 329 of the South Windsor Land Records. The amount of this judgment lien is $5,000.00.

e. Judgment lien from Atul S. Vachhani and Renu Vachhani to ECHN DBA MANCHESTER MEMORIAL HOSPITAL & ROCKVILLE GENERAL HOSPITAL dated September 20, 2011 and recorded in Volume 2207, Page 275 of the South Windsor Land Records. The amount of this judgment lien is $0.00.

f. Judgment lien from Atul S. Vachhani to Hartley & Parker Limited, Inc. dated October 10, 2012 and recorded in Volume 2290, Page 203 of the South Windsor Land Records. The amount of this judgment lien is $100.00.

g. Judgment lien from Atul S. Vachhani to Sysco Food Services of CT dated April 15, 2013 and recorded in Volume 2335, Page 51 of the South Windsor Land Records. The amount of this judgment lien is $2,000.00.

h. Judgment lien from Atul S. Vachhani to People's United Bank recorded December 18, 2015 in Volume 2499, Page 63 of the South Windsor Land Records. The amount of this judgment lien is $626,185.38.

4. The fair market value of the premises as of the date of filing determined to be $740,000.00.

5. The debtor has claimed an exemption under 11 USC Section 522 (b) (2) 11 USC Section 522 (d) (1) in the amount of $1.00 with respect to the Property.

6. The following secured claim(s) are judicial liens which impair the debtor's exemption as set forth:

| | |
|---|---|
| SANTA BUCKLEY ENERGY | $ 2,000.00 |
| LOUIS MICHAELSON & SONS, INC. | $ 5,000.00 |
| ECHN DBA MANCHESTER MEMORIAL HOSPITAL | $ 0.00 |
| HARTLEY & PARKER LIMITED, INC. | $ 100.00 |
| SYSCO FOOD SERVICES OF CT | $ 2,000.00 |
| PEOPLES UNITED BANK | $626,185.38 |

WHEREFORE, the Debtor(s) move that this Court determine under 11 U.S.C. Section 522 (f)(1) and Bankruptcy Rule 4003(d) that said judicial lien impairs the debtor's exemption and issue an order avoiding and canceling said liens on the Premises and for such other relief as is just and equitable.

Dated:   September 20, 2017

                                                        THE DEBTOR(S)

                                                        /s/ George C. Tzepos
                                                        George C. Tzepos
                                                        His Attorney
                                                        444 Middlebury Road
                                                        Middlebury, Connecticut 06762
                                                        (203) 598-0520